**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Central District of California

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   Tea Station, Inc.

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  
   95-4593906

4. **Debtor's address**

   **Principal place of business**  
   158 W. Valley Blvd.  
   Number     Street

   San Gabriel     CA     91776  
   City     State     ZIP Code

   Los Angeles County  
   County

   **Mailing address, if different from principal place of business**  
   154 W. Valley Blvd.  
   Number     Street

   P.O. Box

   San Gabriel     CA     91776  
   City     State     ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____  
   Number     Street

   _____  
   City     State     ZIP Code

5. **Debtor's website** (URL)   _____

6. **Type of debtor**  
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 1

Debtor  Tea Station, Inc._____   Case number (if known)_____
       Name

### 7. Describe debtor's business

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
_____

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply*:
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.  District _____  When _____  Case number _____
                                      MM / DD / YYYY
         District _____  When _____  Case number _____
                                      MM / DD / YYYY

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

- ☐ No
- ☑ Yes.  Debtor  Tea Station Investment, Inc._____  Relationship  Affiliate_____
         District Central Dist. of CA_____  When  05/04/2020_____
                                                              MM / DD / YYYY
         Case number, if known  2:20-bk-14175-NB_____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **2**

Debtor __Tea Station, Inc._____     Case number (*if known*)_____
      Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?**_____<br>          Number    Street<br>_____<br>_____<br>City                                 State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>      Contact name _____<br>      Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49        ☐ 1,000-5,000        ☐ 25,001-50,000<br>☐ 50-99        ☐ 5,001-10,000        ☐ 50,001-100,000<br>☐ 100-199        ☐ 10,001-25,000        ☐ More than 100,000<br>☐ 200-999 |
| **15. Estimated assets** | ☐ $0-$50,000      ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000      ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million      ☐ More than $50 billion |

Debtor  Tea Station, Inc.  
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☒ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/01/2020  
MM / DD / YYYY

X _/s/ Huang, Yu Liang_  
Signature of authorized representative of debtor

Yu Liang Huang  
Printed name

Title  Secretary

**18. Signature of attorney**

X  /s/ Leslie Cohen  
Signature of attorney for debtor

Date  09/01/2020  
MM / DD / YYYY

Leslie Cohen  
Printed name

Leslie Cohen Law PC  
Firm name

506 Santa Monica Blvd. Suite 200  
Number    Street

Santa Monica  
City

CA  
State

90401  
ZIP Code

3103945900  
Contact phone

leslie@lesliecohenlaw.com  
Email address

93698  
Bar number

CA  
State

Official Form 201       Voluntary Petition for Non-Individuals Filing for Bankruptcy       page 4

# TEA STATION INC

# FINANCIAL STATEMENTS

# DECEMBER 31, 2019

**TEA STATION INC.**
**BALANCE SHEET**
**DECEMBER 31, 2019**

**ASSETS**

| | | |
|---|---:|---:|
| Current Assets | | |
|   Cash | $ 111,761 | |
|   Other Receivable | 24,835 | |
|   Inventories | 20,245 | |
|   Prepaid Federal Income Tax | 4,476 | |
|   Total Current Assets | | $ 161,317 |
| Fixed Assets | | |
|   Auto | 66,303 | |
|   Furniture and Fixture | 47,809 | |
|   Machinery and Equipment | 94,689 | |
|   Leasehold Improvement | 430,810 | |
|   Business Sign | 4,338 | |
| | 643,949 | |
|   Less: Accumulated Depreciation | (315,554) | |
|   Total Fixed Assets | | 328,395 |
| Other Assets | | |
|   Prepaid Insurance | 10,249 | |
|   Security Deposits | 8,300 | |
|   Total Other Assets | | 18,549 |
| Total Assets | | $ 508,261 |

See Accountants' Compilation Report

**TEA STATION INC.**
**STATEMENTS OF INCOME AND ACCUMULATED DEFICITS**
**FOR THE YEAR ENDED DECEMBER 31, 2019**

| | | |
|---|---:|---:|
| Sales | | $ 924,967 |
| Costs of Goods Sold (Schedule A-1) | | 202,866 |
| Gross Profit | | 722,101 |
| Operating Expenses (Schedule A-1) | | 902,978 |
| Net Loss from Operation | | (180,877) |
| Other Income/(Expenses) | | |
|   Interest Expense | $ (40) | |
|   Other Income | 7,295 | |
| Total Other Income/(Expenses) | | 7,255 |
| Net Loss before Income Tax | | (173,622) |
| Provision for Income Tax | | |
|   State Income Tax | 800 | |
| Total Provision for Income Tax | | 800 |
| Net Loss | | $ (174,422) |
| | | |
| Accumulated Deficits - 1/1/19 | | $ (156,595) |
|   Net Loss - Current Period | | (174,422) |
| Accumulated Deficits - 12/31/19 | | $ (331,017) |

See Accountants' Compilation Report

**TEA STATION INC.**
**SUPPLEMENTAL SCHEDULES**
**FOR THE YEAR ENDED DECEMBER 31, 2019**

**Schedule A-1**

### Cost of Goods Sold

| | | |
|---|---:|---:|
| Beginning Inventory | $ | 21,118 |
| Purchase | | 197,528 |
| Other Costs | | 4,465 |
| Goods Available For Sale | | 223,111 |
| Less: Ending Inventory | | 20,245 |
| **Total Cost of Goods Sold** | **$** | **202,866** |

### Operating Expenses

| | | |
|---|---:|---:|
| Advertising Expenses | $ | 1,416 |
| Alarm Expenses | | 480 |
| Auto Expenses | | 1,642 |
| Bank Service Charges | | 19,825 |
| Depreciation | | 40,310 |
| Due and Subscription | | 340 |
| Insurance | | 35,905 |
| Legal and Professional | | 19,587 |
| License and Permit | | 2,475 |
| Misc Expenses | | 117 |
| Office Expense | | 5 |
| Office Supplies | | 733 |
| Tax - Payroll | | 46,122 |
| Tax - Property | | 652 |
| Tax - Sales | | 63,990 |
| Rent | | 184,908 |
| Repair and Maintenance | | 2,116 |
| Royalty | | 1,000 |
| Salaries and Wages | | 443,090 |
| Shipping | | 7,797 |
| Storage | | 3,600 |
| Telephone | | 1,940 |
| Utilities | | 24,928 |
| **Total Operating Expenses** | **$** | **902,978** |

See Accountants' Compilation Report

**Fill in this information to identify the case:**

Debtor name: Tea Station, Inc.

United States Bankruptcy Court for the: Central District of California

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Elite Orchid Investments, LLC  5728 Rosemead Blvd. Unit 200  Temple City, CA, 91780 | John Lee  626-446-2693 | Monies Loaned / Advanced | | | | 102,500.00 |
| 2 | Elite Orchid Investments, LLC  5728 Rosemead Blvd. Unit 200  Temple City, CA, 91780 | John Lee  626-446-2693 | Monies Loaned / Advanced | | | | 100,000.00 |
| 3 | Elite Orchid Investments, LLC  5728 Rosemead Blvd. Unit 200  Temple City, CA, 91780 | John Lee  626-446-2693 | Monies Loaned / Advanced | | | | 100,000.00 |
| 4 | Vivid Rise Investments, LLC  315 W. Lemon Avenue  Arcadia, CA, 91007 | John Lee  626-446-2693 | Monies Loaned / Advanced | | | | 100,000.00 |
| 5 | Chen Chen Plaza  13337 South St. #335  Cerritos, CA, 90703 | Christina Wong  acct.chenchenplaza@gmail.com | rent | | | | 89,645.00 |
| 6 | Enenstein Pham & Glass  Attn: Teri Pham  12121 Wilshire Blvd. Suite 600  Los Angeles, CA, 90025 | Teri Pham  310-899-2070  tpham@enensteinlaw.com | Services | | | | 64,559.95 |
| 7 | R & M Advisement Group  6369 Deerfield Ave.  San Gabriel, CA, 91775 | Ronnie Oliva  909-992-8061  ronnie@rmadvisementgroup.com | Services | | | | 32,500.00 |
| 8 | Juan Cai c/o WPI Law  7422 Garvey Ave. #201  Rosemead, CA, 91770 | 626-782-7738  wpilawgroup@gmail.com | | Disputed | | | 0.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor __Tea Station, Inc._____     Case number *(if known)*_____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | Peibei Wang c/o WPI Law<br>7422 Garvey Ave. #201<br>Rosemead, CA, 91770 | 626-782-7738<br>wpilawgroup@gmail.com | | Disputed | | | 0.00 |
| 10 | Baodi Zhou c/o James Lee<br>LTL ATTORNEYS LLP<br>300 S. Grand Ave., 14th Fl.<br>Los Angeles, CA, 90071 | James Lee<br>213-612-8910<br>james.lee@ltlattorneys.com | | Disputed<br>Unliquidated<br>Contingent | | | 0.00 |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

ADP, LLC
1851 N. Resler Dr. MS-600
El Paso, TX 79912


Baker Commodities, Inc.
4020 Bandini Blvd.
Vernon, CA 90058


Baodi Zhou c/o James Lee
LTL ATTORNEYS LLP
300 S. Grand Ave., 14th Fl.
Los Angeles, CA 90071


Baodi Zhou c/o Ray Hsu
Law Offices of Ray Hsu & Associates, P.C
801 S. Garfield Ave., Suite 338
Alhambra, CA 91801


Challenge Dairy Products Inc.
P.O. Box 742266
Los Angeles, CA 90074


Chen Chen Plaza
13337 South St. #335
Cerritos, CA 90703


Citadel Pest Elimination Inc.
14403 Hatteras St.
Sherman Oaks, CA 91401


Crown Lift Trucks
1300 Palomares Ave.
La Verne, CA 91750

**Elite Orchid Investments, LLC**
**5728 Rosemead Blvd. Unit 200**
**Temple City, CA 91780**


**Enenstein Pham & Glass**
**Attn: Teri Pham**
**12121 Wilshire Blvd. Suite 600**
**Los Angeles, CA 90025**


**Jasmine Pearl Tea (dissolved)**
**154 W. Valley Blvd.**
**San Gabriel, CA 91776**


**Juan Cai c/o WPI Law**
**7422 Garvey Ave. #201**
**Rosemead, CA 91770**


**Merchant Services**
**PO Box 6602**
**Hagerstown, MD 21741**


**Opus POS (CA) Inc.**
**205 Lemon Creek Dr.**
**Walnut, CA 91789**


**Peibei Wang c/o WPI Law**
**7422 Garvey Ave. #201**
**Rosemead, CA 91770**


**R & M Advisement Group**
**6369 Deerfield Ave.**
**San Gabriel, CA 91775**

Regency Shark Fire Services, Inc.
7651 Densmore Ave.
Van Nuys, CA 91406


San Gabriel County Water
8366 Grand Ave.
Rosemead, CA 91770


Sentry Tech Security Alarm Co.
15712 E. Gale Ave.
Hacienda Heights, CA 91745


So Cal Gas
PO BOX 1626
Monterey Park, CA 91754


Southern California Edison
P.O. Box 800
Rosemead, CA 91770


Spectrum Business
4145 S. Falkenburg Rd.
Riverview, FL 33578


State Farm
c/o Derek Tsu
1427 San Marino Ave. #B,
San Marino, CA 91108


Sy, Lee & Chen, LLP
Attn: Timothy Chen
362 W. Garvey Ave.
Monterey Park, CA 91754

**Tea Connection Inc. (dissolved)**
**154 W VALLEY BLVD**
**San Gabriel, CA 91776**


**Tea Creations, Inc.**
**154 W. Valley Blvd.**
**San Gabriel, CA 91776**


**Tea War Inc. (dissolved)**
**154 W. Valley Blvd.**
**San Gabriel, CA 91776**


**Vivid Rise Investments, LLC**
**315 W. Lemon Avenue**
**Arcadia, CA 91007**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Leslie A. Cohen  (SBN 93698)<br>J'aime K. Williams (SBN 261148)<br><br>LESLIE COHEN LAW PC<br>506 Santa Monica Blvd., Suite 200<br>Santa Monica, CA 90401<br>T: 310.394.5900  F: 310.394.9280<br>leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br><br>☐ Debtor(s) appearing without attorney<br>☒ Attorney for Debtor | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Tea Station Inc.<br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(d)]** |
|---|---|

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __9/1/20__

_____
Debtor's signature
Yu-Liang Huang, Secretary

Date: _____

_____
Joint Debtor's signature (if applicable)

Date: _____

_____
Attorney's signature (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2014*                                                                                            F 1007-1.MAILING.LIST.VERIFICATION